UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY MONCHESKI, an individual, | * CASE NO. 13-6388 <br> * <br> * |
| Plaintiff | * <br> * JUDGE:  JANE TRICHE MILAZZO |
| RCI ENTERTAINMENT OF LOUISIANA, INC.; RICK'S CABARET INTERNATIONAL, INC.; and ABC INSURANCE COMPANY, | * <br> * MAGISTRATE JUDGE: <br> *     JOSEPH C. WILKINSON, JR. <br> * <br> * |
| Defendants | * |

## ANSWER TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes RCI Entertainment of Louisiana, Inc. ("RCI"), and, in response to the allegations in the complaint, responds as follows:

### FIRST AFFIRMATIVE OFFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not an employee under the Fair Labor Standards Act, (FLSA), 29 U.S.C., §203, *et seq.*

#### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's allegations are barred by the doctrines of waiver, laches, estoppel and unclean hands.

#### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the plaintiff's own conduct and decisions.

#### SIXTH AFFIRMATIVE DEFENSE

To the extent Plaintiff's claims and/or the putative collection action claims are subject to arbitration, this Court lacks subject matter jurisdiction. Alternatively, defendant states that such claims are premature.

#### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because plaintiff failed to mitigate any of her alleged damages asserted in the complaint.

#### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims seeking a collective action are precluded because other individuals are not similarly situated for purposes of the FLSA with respect to the matters alleged in the complaint.

#### NINTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring the proposed collective action under the Fair Labor Standards Act. Further, to the extent any claim is subject to arbitration, a collective proceeding is precluded as a matter of federal law.

## TENTH AFFIRMATIVE DEFENSE

In the alternative, defendant avers that it has acted at all times in conformity with applicable federal laws and that its actions were taken in good faith and with the belief that strict adherence to federal laws had been achieved and is being satisfied.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims and the putative claims of others are subject to set-off and/or compensation.

AND NOW responding to the specific allegations in the complaint, plaintiff states as follows:

1.

The allegations in paragraph 1 do not require a response by defendant except to the extent that it is admitted that defendant is a Louisiana corporation. To the extent a further response is warranted, the allegations are denied as stated.

2.

The allegations contained in paragraph 2 are argumentative, conclusory, and denied as stated.

3.

The allegations contained in paragraph 3 of the complaint are denied.

4.

The allegations contained in paragraph 4 of the complaint are denied as stated.

5.

The allegations contained in paragraph 5 of the complaint are denied for lack of sufficient information to justify a belief therein with respect to plaintiff's residence in Orleans Parish and the remaining allegations are denied as stated.

6.

The allegations contained in paragraph 6 of the complaint are denied as stated.

7.

The allegations contained in paragraph 7 of the complaint are denied as stated.

8.

The allegations contained in paragraph 8 of the complaint are legal conclusions which do not warrant a response, but to the extent a response is warranted, the allegations are denied.

9.

The allegations contained in paragraph 9 of the complaint are denied.

10.

The allegations contained in paragraph 10 of the complaint are denied as stated.

11.

The allegations contained in paragraph 11 of the complaint do not warrant a response by the defendant, but to the extent a response is warranted, the allegations are denied as stated and are denied because they recite legal conclusions.

12.

The allegations contained in paragraph 12 of the complaint are denied.

13.

The allegations contained in paragraph 13 of the complaint are denied.

14.

The allegations contained in paragraph 14 of the complaint are denied.

15.

The allegations contained in paragraph 15 of the complaint are denied.

16.

The allegations contained in paragraph 16 of the complaint are denied as stated.

17.

The allegations contained in paragraph 17 of the complaint are denied as stated.

18.

The allegations contained in paragraph 18 of the complaint are denied as stated.

19.

The allegations contained in paragraph 19 of the complaint are denied as stated.

20.

The allegations contained in paragraph 20 of the complaint are denied.

21.

The allegations contained in paragraph 21 of the complaint are denied as stated.

22.

The allegations contained in paragraph 22 of the complaint are denied as stated.

23.

The allegations contained in paragraph 23 of the complaint are denied as stated.

24.

The allegations contained in paragraph 24 of the complaint are denied as stated.

25.

The allegations contained in paragraph 25 of the complaint are denied as stated.

26.

The allegations contained in paragraph 26 of the complaint are denied as stated.

27.

The allegations contained in paragraph 27 of the complaint are denied as stated.

28.

The allegations contained in paragraph 28 of the complaint are denied as stated.

29.

The allegations contained in paragraph 29 of the complaint are denied as stated.

30.

The allegations contained in paragraph 30 of the complaint are denied as stated.

31.

The allegations contained in paragraph 31 of the complaint are denied as stated.

32.

The allegations contained in paragraph 32 of the complaint are denied as stated.

33.

The allegations contained in paragraph 33 of the complaint are denied as stated.

34.

The allegations contained in paragraph 34 of the complaint are denied as stated.

35.

The allegations contained in paragraph 35 of the complaint are denied as stated.

PD.10846256.1

36.

The allegations contained in paragraph 36 of the complaint are denied as stated.

37.

The allegations contained in paragraph 37 of the complaint are denied as stated.

38.

The allegations contained in paragraph 38 of the complaint are denied as stated.

39.

The allegations contained in paragraph 39 of the complaint are denied as stated.

40.

The allegations contained in paragraph 40 of the complaint are denied as stated.

41.

The allegations contained in paragraph 41 of the complaint are denied as stated.

42.

The allegations contained in paragraph 42 of the complaint are denied as stated.

43.

The allegations contained in paragraph 43 of the complaint are denied as stated.

44.

The allegations contained in paragraph 44 of the complaint are denied as stated.

45.

The allegations contained in paragraph 45 of the complaint are denied as stated.

46.

The allegations contained in paragraph 46 of the complaint are denied as stated.

Case 2:13-cv-06388-JTM-JCW   Document 9   Filed 12/31/13   Page 8 of 13


47.

The allegations contained in paragraph 47 of the complaint are denied as stated.

48.

The allegations contained in paragraph 48 of the complaint are denied as stated.

49.

The allegations contained in paragraph 49 of the complaint are admitted regarding the seven months during which the plaintiff served as an independent contractor for various entities; the remaining allegations are denied for lack of sufficient information to justify a belief therein.

50.

The allegations in paragraph 50 of the complaint are denied as stated.

51.

The allegations in paragraph 51 of the complaint are denied.

52.

The allegations in paragraph 52 of the complaint are denied as stated.

53.

The allegations in paragraph 53 of the complaint are denied as stated.

54.

The allegations in paragraph 54 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

55.

The allegations in paragraph 55 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

56.

The allegations in paragraph 56 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

57.

The allegations in paragraph 57 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

58.

The allegations in paragraph 58 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

59.

The allegations in paragraph 59 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

60.

The allegations in paragraph 60 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

61.

The allegations in paragraph 61 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

62.

The allegations in paragraph 62 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

63.

The allegations in paragraph 63 state legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

64.

The allegations contained in paragraph 64 of the complaint do not warrant a response, , but to the extent a response is deemed appropriate, the allegations of reference to other paragraphs in the complaint are denied.

65.

The allegations in paragraph 65 state purported legal conclusions that do not require a response, but to the extent a response is deemed appropriate, the allegations are denied.

66.

The allegations in paragraph 66 state purported legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

67.

The allegations in paragraph 67 state purported legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

68.

The allegations in paragraph 68 state purported legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

69.

The allegations in paragraph 69 state purported legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

70.

The allegations in paragraph 70 state purported legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied.

71.

The allegations in paragraph 71 of the complaint are denied.

72.

The allegations in paragraph 72 of the complaint are denied as stated.

73.

The allegations in paragraph 73 of the complaint seek to set forth supposed legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied as stated.

74.

The allegations in paragraph 74 of the complaint seek to set forth supposed legal conclusions and do not require a responses, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied as stated.

75.

The allegations in paragraph 75 of the complaint seek to set forth supposed legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied as stated.

76.

The allegations in paragraph 76 of the complaint seek to set forth supposed legal conclusions and do not require a response, but to the extent a response is deemed appropriate, the allegations in this paragraph are denied as stated.

WHEREFORE, after due proceedings had, defendant RCI Entertainment of Louisiana, Inc. respectfully prays that judgment be entered against plaintiff, dismissing plaintiff's complaint, and rejecting plaintiff's request for a collective action proceeding. In addition, defendant respectfully requests that the Court award defendant the attorney's fees, costs, and all expenses incurred by the defendant, together with any other relief that this Court deems just, proper, and equitable.

Respectfully submitted:

PHELPS DUNBAR LLP

By: /s/ Harry Rosenberg
Harry Rosenberg (Bar No. 11465)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

ATTORNEYS FOR
RCI Entertainment of Louisiana, Inc.

- 13 -

## CERTIFICATE OF SERVICE

I certify that, on this _____ day of December, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/  Harry Rosenberg

- 13 -

PD.10846256.1