UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------X
KELLY MONCHESKI, an individual,                  :    Case Number: 13-6388
                                                 :
            Plaintiff,                           :
                                                 :
    -against-                                    :
                                                 :
RCI ENTERTAINMENT OF LOUISIANA, INC.,            :
RICK'S CABARET INTERNATIONAL, INC.,              :    **DECLARATION OF**
and ABC INSURANCE COMPANY,                       :    **KELLY MONCHESKI**
                                                 :
            Defendants.                          :
-----------------------------------------------------------------X

Pursuant to 28 U.S.C. § 1746, I, Kelly Moncheski, declare under penalty of perjury that the foregoing is true and correct.

1. I am the plaintiff in this case.

2. I have reviewed the arbitration agreement that the Defendant alleges I signed.

3. I was presented with a document to sign when I first started working for the Defendant. There was no arbitration agreement included in the document.

4. I was not allowed to take the document home to review.

5. I was not advised to talk to a lawyer.

6. Later, I asked for a copy of what I signed and was refused.

7. I was then presented with a new document to sign that did contain an arbitration clause. I asked again to see the original contract. I was told that they had thrown it away and I could not work unless I signed the new one. When I insisted on seeing the original contract, I was terminated.

(2680-006) Doc# 3197                              1

8. I declare under the penalty of perjury that the forgoing is true and correct.

Executed: January 28, 2014

_____
Kelly Moncheski