UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY MONCHESKI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6388** |
| **RCI ENTERTAINMENT OF LOUISIANA, INC., ET AL.** | **SECTION "H"** <br> **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. DIV. (2)** <br> **JUDGE JOSEPH C. WILKINSON, JR.** |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Kelly Moncheski, files this Unopposed Motion to Dismiss with Prejudice, seeking voluntary dismissal of all claims in the above-captioned matter filed against Defendants, RCI Entertainment of Louisiana, Inc. and Rick's Cabaret International, Inc. Counsel for Defendants has been contacted and has no opposition. Accordingly, Plaintiff seeks an order from the Court dismissing this matter in its entirety with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

**LAW OFFICE OF ALEXANDRA MORA**

BY:   */s/ Alexandra E Mora*
       ALEXANDRA ERNA MORA
       WALTER F. WOLF, III
       322 Lafayette Street
       New Orleans, Louisiana 70130
       Telephone: (504) 566-0233
       E-mail: amora@alexmora.com
                walterwolf7@gmail.com

**ATTORNEYS FOR PLAINTIFF, KELLY MONCHESKI**

PD.10944278.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2014, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

*/s/ Alexandra E. Mora*  ___