UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY MONCHESKI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6388** |
| **RCI ENTERTAINMENT OF LOUISIANA, INC., ET AL.** | **SECTION "H"** <br> **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. DIV. (2)** <br> **JUDGE JOSEPH C. WILKINSON, JR.** |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering Plaintiff Kelly Moncheski's Unopposed Motion to Dismiss With Prejudice (R. Doc. ___);

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendants RCI Entertainment of Louisiana, Inc. and Rick's Cabaret International, Inc. are DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

New Orleans, Louisiana, this ____ day of April, 2014.

_____
U.S. DISTRICT JUDGE

PD.10950124.1